

Eckert Seamans Cherin & Mellott, LLC  
10 Bank Street  
Suite 700  
White Plains, NY 10606  

TEL:  914 949 2909  
FAX:  914 949 5424  
www.eckertseamans.com  

Timothy P. Coon  
Direct Dial: 914-286-6438  
tpcoon@eckertseamans.com  

August 19, 2020

Failla_nysdChambers@nysd.uscourts.gov  
Hon. Kathleen Polk Failla, USDJ  
Thurgood Marshall US Courthouse  
40 Foley Square  
New York, NY   10006  

**MEMO ENDORSED**

Re: Campos v Lenmar Restaurant, et al  
18 cv 12359 (KPF)

Dear Judge Failla:

We are the attorneys for defendants herein and submit this letter in response to plaintiff's request for a conference concerning discovery.  Defendants do not believe that a conference is needed at this time as discovery has progressed and will continue to progress.  Specifically, defendant William Bruckman was deposed on August 18, 2020.  The parties have agreed that the plaintiff Victor Campos will be deposed on Thursday August 27 and William Bruckman, Jr and David Bruckman will be deposed on August 31.  Defendant will produce employment records for the other two opt-in plaintiffs on or before August 28, 2020.

In that discovery has and will continue to progress, defendants respectfully submit that a court conference is not required presently.

Respectfully submitted,

Eckert Seamans

*/s/Timothy P. Coon*  
By:  Timothy P. Coon

   cc: all parties via ECF

```
The Court is in receipt of Plaintiff's letter requesting a conference to
discuss discovery-related issues (Dkt. #53), and Defendants' response (Dkt.
#54).  Based on Defendants' representations, the Court does not believe that
a conference is needed at this time.  Therefore, Plaintiff's request for a
conference is DENIED.  The Court expects the parties to fulfill their
discovery obligations in a timely and reasonable manner.
```

Dated:     August 19, 2020  
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

{V0668267.1}

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE