UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR CAMPOS
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

          Plaintiffs,

-against-

LENMAR RESTAURANT INC. d/b/a
PIETRO'S and WILLIAM BRUCKMAN,

          Defendants.

---

Case No.: 18 CV 12359

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs VICTOR CAMPOS and TOMISLAV MIHATOV hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated November 5, 2020 and annexed hereto as **Exhibit A**.

Dated: November 18, 2020            Respectfully submitted,

                                  By:

                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiffs*