**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICTOR CAMPOS
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                Plaintiffs,

  -against-

LENMAR RESTAURANT INC. d/b/a PIETRO'S and WILLIAM BRUCKMAN,

                Defendants.

Case No.: 18 CV 12359

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LENMAR RESTAURANT INC. d/b/a PIETRO'S and WILLIAM BRUCKMAN (collectively, "Defendants"), having offered to allow Plaintiffs VICTOR CAMPOS and TOMISLAV MIHATOV ("Plaintiffs") to take a judgment against them, jointly and severally, in the sum of Seventeen Thousand Five Hundred Dollars ($17,500.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated November 5, 2020 and filed as Exhibit A to Docket Number 58;

      **WHEREAS**, on November 18, 2020, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgement (Dkt. No. 58);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 5, 2020 and filed as Exhibit A to Docket Number 58. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: November 19, 2020
      New York, New York

Judge Katherine Polk Failla
United States District Judge